CLAUDIA EVART, Appellant, v PARK AVENUE CHIROPRACTIC, P.C., et al., Respondents.

Submitted August 29, 2011; decided November 17, 2011

Motion for leave to appeal denied. Cross motion for the imposition of sanctions denied.

LANCE INTERNATIONAL, INC., Appellant, v FIRST NATIONAL CITY BANK, Respondent.

Submitted September 12, 2011; decided November 17, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered on an appeal from another court (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

In the Matter of the Claim of ANTHONY P. MESSINA, Respondent, v HUDSON NEWS COMPANY et al., Appellants, et al., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Decided November 17, 2011

Chief Judge LIPPMAN taking no part.